Maxwell V. Pritt (SBN 253155)
  mpritt@bsfllp.com
Joshua I. Schiller (SBN 330653)
  jischiller@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
  brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    (415) 293-6800
Facsimile:     (415) 293-6899

*Counsel for Plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc. in CASE NO. 2:20-CV-02096-KJM-AC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., et al; <br><br> Plaintiffs, <br><br> v. <br> INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity, et al. <br><br> Defendants. | CASE NO.  2:20-CV-02096-KJM-AC <br><br> **NOTICE OF RELATED CASES** |
| Shasta Linen Supply, Inc; <br><br> Plaintiffs, <br><br> v. <br> Applied Underwriters, Inc., et al. <br> Defendants. | CASE NO.  2:16-CV-00158-WBS-AC <br><br> **NOTICE OF RELATED CASES** |
| Pet Food Express Ltd.; <br><br> Plaintiffs, <br><br> v. <br> Applied Underwriters Inc., et al. <br> Defendants. | CASE NO.  2:16-CV-01211-WBS-AC <br><br> **NOTICE OF RELATED CASES** |

Plaintiffs Applied Underwriters, Inc. ("Applied") and Applied Risk Services, Inc. ("ARS") respectfully submit this Notice of Related Cases to inform the Court that the case styled *Applied Underwriters, Inc. v. Insurance Commissioner* (Case No. 2:20-cv-02096-KJM-AC) (the "2020 Applied Case"), closely relates to two cases that were extensively litigated before and resolved by the Honorable William B. Shubb of this Court: (1) *Shasta Linen Supply, Inc. v. Applied Underwriters, Inc.*, Case Nos. 2:16-cv-158 WBS AC (hereafter "*Shasta Linen*"), and (2) *Pet Food Express, Ltd. v. Applied Underwriters, Inc.*, Case No. 2:16-CV-01211 (hereafter "*Pet Food Express*") (together with *Shasta Linen*, the "EquityComp® Litigations"). Pursuant to Local Rule 123(c), the 2020 Applied Case should be assigned to Judge Shubb, who heard the EquityComp® Litigations.

The transactions at issue in *Shasta Linen* and *Pet Food Express*, and the way that those cases were resolved by Judge Shubb, are directly at issue in the 2020 Applied Case. As detailed in the complaint, the 2020 Applied Case involves a dispute over whether Defendants' actions are an attempt at an end run around this Court's rulings in *Shasta Linen* and *Pet Food Express*, alleging violations of the United States Constitution and unlawful retaliation against Plaintiffs. Previous familiarity with the underlying transactions at issue in the EquityComp® Litigations and in their procedural histories will aid the Court in efficient evaluation and resolution of key issues in the 2020 Applied Case.

Pursuant to Local Rule 123(a)(4), the 2020 Applied Case is related to the EquityComp Litigations, and the 2020 Applied Case should be assigned to Judge Shubb to conserve judicial resources and avoid the substantial duplication of labor that would result from assignment to a different Judge not already familiar with these issues. Assignment of the 2020 Applied Case to a Judge other than Judge Shubb will require the Court to expend time and resources to "catch up" with the complex insurance law issues and lengthy procedural histories of the EquityComp® Litigations.

Dated: October 20, 2020

Respectfully submitted,

By: /s/ Maxwell V. Pritt
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
Joshua I. Schiller (SBN 330653)
jischiller@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Counsel for Plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc. in CASE NO. 2:20-CV-02096-KJM-AC*