MICHAEL J. STRUMWASSER (SBN 58413)
DALE K. LARSON (SBN 266165)
CAROLINE CHIAPPETTI (SBN 319547)
JULIA MICHEL (SBN 331864)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
Email: mstrumwasser@strumwooch.com
Email: dlarson@strumwooch.com
Email: cchiappetti@strumwooch.com
Email: jmichel@strumwooch.com

CYNTHIA J. LARSEN (SBN 123994)
JUSTIN GIOVANNETTONE (SBN 293794)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email: clarsen@orrick.com
Email: jgiovannettone@orrick.com

*Attorneys for all Defendants in their official capacities*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-02096-WBS-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Date:　　　　　December 14, 2020<br>Time:　　　　　1:30 PM<br>Judge:　　　　Hon. William B. Shubb<br>Courtroom:　　5<br>　　　　　　　　14th Floor<br><br>Action Filed: October 20, 2020 |

Printed on Recycled Paper

*APPLIED UNDERWRITERS, INC. V. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA*
DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO.: 2:20-CV-02096-WBS-AC

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 14, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Defendants Insurance Commissioner Ricardo Lara, Deputy Commissioner Kenneth Schnoll, and Deputy Commissioner Bryant Henley, in their official capacities, will move the Court to dismiss this action under Federal Rule of Civil Procedure Rules 12(b)(1) and 12(b)(6).

Defendants move to dismiss all claims in the Complaint on the grounds that the entire action is barred by (1) the exclusive jurisdiction of the superior court proceeding over California Insurance Company and its estate; (2) Plaintiffs' lack of standing; (3) the Eleventh Amendment; and (4) abstention doctrines and the federal McCarran-Ferguson Act, which counsel jurisdictional restraint. Defendants also move to dismiss claims 1, 2, 3, 4, and 5 for failure to state a claim upon which relief can be granted on the grounds that Plaintiffs do not state legally cognizable constitutional claims and their factual allegations are implausible.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support of this motion, the Request for Judicial Notice, Proposed Order, all other pleadings and documents on file in this action, and such other matters as the Court may consider.

////
////
////

2

*APPLIED UNDERWRITERS, INC. V. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA*
DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO.: 2:20-cv-02096-WBS-AC

1 | DATED:     November 13, 2020     Respectfully submitted,

STRUMWASSER & WOOCHER LLP
Michael J. Strumwasser
Dale K. Larson
Caroline Chiappetti
Julia Michel

ORRICK, HERRINGTON & SUTCLIFFE LLP
Cynthia J. Larsen
Justin Giovannettone

By  */s/ Michael J. Strumwasser*
       Michael J. Strumwasser

*Attorneys for all Defendants in their official capacities*

3

*APPLIED UNDERWRITERS, INC. v. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA*
DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO.: 2:20-CV-02096-WBS-AC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                            /s/Michael J. Strumwasser
                                                              *Michael J. Strumwasser*

4

*APPLIED UNDERWRITERS, INC. v. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA*
DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO.: 2:20-cv-02096-WBS-AC