Maxwell V. Pritt (SBN 253155)
  mpritt@bsfllp.com
Joshua I. Schiller (SBN 330653)
  jischiller@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
  brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     (415) 293-6800
Facsimile:     (415) 293-6899

*Counsel for Plaintiffs Applied Underwriters, Inc.
and Applied Risk Services, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20.<br><br>             Defendants. | CASE NO.   2:20-cv-02096-WBS-AC<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET SCHEDULE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc. ("Plaintiffs"), by and through their counsel of record, and Defendants Insurance Commissioner of the State of California Ricardo Lara, California Department Of Insurance Deputy Commissioner Kenneth Schnoll, and California Department Of Insurance Deputy Commissioner Bryant Henley ("Defendants"), by and through counsel of record, hereby stipulate and respectfully apply to this Court for an Order continuing the hearing date and setting the schedule in connection with Defendants' Motion to Dismiss as set forth below.

WHEREAS, on November 13, 2020, Defendants' filed a 91-page Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6), accompanied by a Request for Judicial Notice attaching 279 pages of exhibits;

WHEREAS, on November 16, 2020 counsel for Plaintiffs and Defendants met and conferred and agreed to extend the time for Plaintiffs to respond to December 14, 2020, and Defendants' time to reply to January 4, 2020, and agreed to a hearing date of January 11, 2021;

WHEREAS, this is the first extension the Parties are seeking for this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between Plaintiffs and Defendants, subject to the Court's approval, that: Plaintiffs' deadline to oppose Defendants' Motion to Dismiss or amend their complaint shall be December 14, 2020; if Plaintiffs file an opposition to Defendants' Motion to Dismiss, Defendants' Reply in Support of their Motion to Dismiss shall be due January

4, 2021; the Hearing on the Motion to Dismiss shall be January 11, 2021, at 1:30pm; and, if Plaintiffs file an amended complaint on or before December 14, 2020, Defendants shall have 28 days to respond or move with respect to the amended complaint.

**IT IS SO STIPULATED**.

DATED: November 17, 2020

---

Maxwell V. Pritt (SBN 253155)
  mpritt@bsfllp.com
Joshua I. Schiller (SBN 330653)
  jischiller@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
  brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    (415) 293-6800
Facsimile:    (415) 293-6899

*Counsel for Plaintiffs Applied Underwriters, Inc.
and Applied Risk Services, Inc.*

DATED: November 17, 2020

---

MICHAEL J. STRUMWASSER (SBN 58413)
DALE K. LARSON (SBN 266165)
CAROLINE CHIAPPETTI (SBN 319547)
JULIA MICHEL (SBN 331864)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
Email: mstrumwasser@strumwooch.com
Email: dlarson@strumwooch.com
Email: cchiappetti@strumwooch.com
Email: jmichel@strumwooch.com

CYNTHIA J. LARSEN (SBN 123994)

-2-
STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET SCHEDULE FOR
RESPONSE DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:20-cv-02096-WBS-AC

JUSTIN GIOVANNETTONE (SBN 293794)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: clarsen@orrick.com
Email: jgiovannettone@orrick.com

*Attorneys for all Defendants*

## ORDER

For good cause shown, the above Stipulation is adopted as follows: Plaintiffs' deadline to oppose Defendants' Motion to Dismiss or amend their complaint shall be December 14, 2020; if Plaintiffs file an opposition to Defendants' Motion to Dismiss, Defendants' Reply in Support of their Motion to Dismiss shall be due January 4, 2021; the Hearing on the Motion to Dismiss shall be January 11, 2021, at 1:30pm; and, if Plaintiffs file an amended complaint on or before December 14, 2020, Defendants shall have 28 days to respond or move with respect to the amended complaint.

**IT IS SO ORDERED.**

**Dated:  November 18, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE