MICHAEL J. STRUMWASSER (SBN 58413)
DALE K. LARSON (SBN 266165)
CAROLINE CHIAPPETTI (SBN 319547)
JULIA MICHEL (SBN 331864)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
Email: mstrumwasser@strumwooch.com
Email: dlarson@strumwooch.com
Email: cchiappetti@strumwooch.com
Email: jmichel@strumwooch.com

CYNTHIA J. LARSEN (SBN 123994)
JUSTIN GIOVANNETTONE (SBN 293794)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: clarsen@orrick.com
Email: jgiovannettone@orrick.com

*Attorneys for all Defendants
in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 2:20-cv-02096-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom:  5<br>            14th Floor<br><br>Action Filed: October 20, 2020 |

Printed on Recycled Paper

APPLIED *UNDERWRITERS, INC. V. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA*
STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST AMENDED COMPLAINT
CASE NO.: 2:20-CV-02096-WBS-AC

Plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc. ("Plaintiffs"), by and through their counsel of record, and Defendants Insurance Commissioner of the State of California Ricardo Lara, California Department Of Insurance Deputy Commissioner Kenneth Schnoll, and California Department Of Insurance Deputy Commissioner Bryant Henley ("Defendants"), by and through their counsel of record, hereby stipulate and respectfully apply to this Court for an Order extending the time for Defendants to file a responsive pleading or motion to Plaintiffs' First Amended Complaint by 14 days.

WHEREAS, on November 19, 2020, the Parties stipulated and the Court ordered that Defendants would have 28 days to respond to a First Amended Complaint, Dkt. No. 25;

WHEREAS, on December 14, 2020, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief, Dkt. No. 26, making a responsive pleading or motion due January 11, 2021;

WHEREAS, on January 6, 2021, California Insurance Company, a New Mexico corporation ("CIC New Mexico"), filed a Complaint for Declaratory and Injunctive Relief against the same officials who are defendants in this action;

WHEREAS, on January 7, 2021, CIC New Mexico filed a Notice of Related Cases in this action, Dkt. 28, requesting that the CIC New Mexico action be assigned to this Court;

WHEREAS, on January 8, 2021, counsel for all parties met and conferred by phone and agreed to extend the time for Defendants to respond to the First Amended Complaint by 14 days while the parties continue to meet and confer to discuss the relationship between the

2

APPLIED UNDERWRITERS, INC. v. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA
STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST AMENDED COMPLAINT
CASE NO.: 2:20-cv-02096-WBS-AC

CIC New Mexico action and this action, if any, and any efficiencies that might be achieved through coordination or otherwise;

WHEREAS, while the Parties previously stipulated to a continuance on the hearing of a Motion to Dismiss as to the original complaint, this is the first extension the Parties seek as to the First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between Plaintiffs and Defendants, subject to the Court's approval, that Defendants' time to respond to the First Amended Complaint is extended by 14 days, from January 11, 2021, to January 25, 2021.

**IT IS SO STIPULATED**.

DATED: January 8, 2021

/s/ Maxwell Pritt

Maxwell V. Pritt (SBN 253155)
 mpritt@bsfllp.com
Joshua I. Schiller (SBN 330653)
 jischiller@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
 brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899

*Counsel for Plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc.*

DATED: January 8, 2021

/s/Michael Strumwasser

MICHAEL J. STRUMWASSER (SBN 58413)
DALE K. LARSON (SBN 266165)

3

APPLIED UNDERWRITERS, INC. v. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA
STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST AMENDED COMPLAINT
CASE NO.: 2:20-cv-02096-WBS-AC

|   |
|---|
| CAROLINE CHIAPPETTI (SBN 319547)<br>JULIA MICHEL (SBN 331864)<br>STRUMWASSER & WOOCHER LLP<br>10940 Wilshire Boulevard, Suite 2000<br>Los Angeles, California 90024<br>Telephone: (310) 576-1233<br>Facsimile: (310) 319-0156<br>Email: mstrumwasser@strumwooch.com<br>Email: dlarson@strumwooch.com<br>Email: cchiappetti@strumwooch.com<br>Email: jmichel@strumwooch.com<br><br>CYNTHIA J. LARSEN (SBN 123994)<br>JUSTIN GIOVANNETTONE (SBN 293794)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: clarsen@orrick.com<br>Email: jgiovannettone@orrick.com<br><br>*Attorneys for all Defendants* |

**IT IS SO ORDERED.**

Dated:   January 11, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

APPLIED UNDERWRITERS, INC. v. INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA
STIPULATION AND ORDER TO EXTEND TIME BY 14 DAYS TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST AMENDED COMPLAINT
CASE NO.: 2:20-CV-02096-WBS-AC