UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20.<br><br>　　　　Defendants. | NO. 2:20-CV-02096-WBS-AC<br><br><br>ORDER |

----oo0oo----

On January 29, 2021 plaintiffs filed an Ex Parte Application (Docket No. 39) to extend time to respond to defendants' Motion to Dismiss (Docket No. 34). Having considered

1

plaintiffs' Application, the Response filed by defendants (Docket No. 40), and plaintiffs' Reply (Docket No. 41), the court finds that good cause exists to extend the deadline for plaintiffs to respond to defendant's Motion to Dismiss to February 22, 2021, and to extend the hearing on defendants' Motion to Dismiss to March 22, 2021, subject to some of the conditions proposed by defendants in their Response.

IT IS THEREFORE ORDERED that plaintiffs' Ex Parte Application (Docket No. 39) be, and the same hereby is, GRANTED. Plaintiffs are directed to file their response to defendants' Motion to Dismiss (Docket No. 34) on or before February 22, 2021. Defendants are directed to file their Reply on or before March 8, 2021. The hearing on defendants' Motion to Dismiss is hereby continued to March 22, 2021, and shall take place at 1:30 p.m. over Zoom. The Status (Pretrial Scheduling) Conference is hereby continued to April 12, 2021, and shall take place at 1:30 p.m. over Zoom. The parties are directed to file a Joint Status Report with the court setting forth proposed dates and deadlines in the matter no later than April 5, 2021.

IT IS FURTHER ORDERED that the filing of any motions for summary judgment, partial summary judgment, or summary adjudication be, and the same hereby are, STAYED until the court has conducted the hearing on defendants' Motion to Dismiss.

Dated: February 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE